IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES R. REIS 1999 REVOCABLE LIVING TRUST and JAMES R. REIS, Trustee,<br><br>       Plaintiffs,<br>       Counterclaim Defendants,<br><br>V.<br><br>CITIBANK, N.A.,<br><br>       Defendant,<br>       Counterclaim Plaintiff,<br><br>v.<br><br>JAMES R. REIS, in his individual capacity, and I. SAMUEL REYES,<br><br>       Third-Party Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 3:18-cv-87-M |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated March 29, 2019, and the Defendant's Objections filed April 12, 2019, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED** this 26th day of April, 2019.

BARBARA M. G. LYNN
CHIEF JUDGE